Submitted on record, appellant's brief and stipulation of counsel March 16, reversed and remanded for resentencing April 3, 1978

STATE OF OREGON, *Respondent,*
*v.*
JOE DOLIVER MOON, *Appellant.*
(No. 77-1816, CA 9477)
576 P2d 846

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes that this cause must be remanded for resentencing.

Reversed and remanded for resentencing.